39 So.2d 593

**Milton LITTLE v. STATE.**

**8 Div. 470.**

Supreme Court of Alabama.

March 24, 1949.

R. L. Almon and Thos. Pettus, both of Moulton, and Hutson & Russell, of Decatur, for petitioner.

A. A. Carmichael, Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of Milton Little for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Little v. State, 39 So.2d 587.

Writ denied.

BROWN, FOSTER, and LAWSON, JJ., concur.